UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| VERONICA OLIVAREZ, | § § § § § § § § § § § § § | |
| Plaintiff, | | |
| V. | | C.A. No. 7:13-cv-00580 |
| ALLSTATE TEXAS LLOYDS | | |
| Defendants. | | JURY |

## PLAINTIFF'S INITIAL DISCLOSURE

TO:  Defendant, ALLSTATE TEXAS LLOYDS, by and through their attorney of record, Rosemary Conrad-Sandoval, Roerig, Oliveira & Fisher, L.L.P., 10255 N. 10th Street, McAllen, Texas 78504.

Plaintiff pursuant to Federal Rule of Civil Procedure 26(a)(1), hereby makes this Initial Disclosure.

Respectfully Submitted,

_____
JEFFREY L. RAIZNER
S.D./TX # 15277
One Houston Center
1221 McKinney Suite 4100
Houston, Texas 77010
Phone: (713) 571-1146
Fax:   (713) 571-1148

OF COUNSEL:
DOYLE RAIZNER LLP

CERTIFICATE OF SERVICE

    I, the undersigned attorney, do hereby certify that a true and correct copy of the foregoing document was forwarded to the following counsel of record on this the 13th day of December, 2013 via CM/ECF, pursuant to the Federal Rules of Civil Procedure:

Roerig, Olivera &Fisher, L.L.P.
Jeffery D. Roerig
David M. Roerig
Rosemary Conrad-Sandoval
10255 N. 10th Street
McAllen, Texas 78504



_____
JEFFREY L.  RAIZNER

**(A) The name and, if known, the address and telephone number of each individual likely to have discoverable information relevant to disputed facts alleged with particularity in the pleadings, identifying the subjects of the information:**

**ANSWER:**

Veronica Olivarez
Noel H. Olivarez
c/o Doyle Raizner, LLP
LyondellBasell Tower
1221 McKinney, Suite 4100
Houston, Texas 77010
Ph. (713) 571—1146

Plaintiff and Plaintiff's husband who have knowledge regarding the facts and circumstances surrounding the happening, incident and/or occurrence made the basis of this suit.

Gonzalo Arevalo
3120 N. Mayberry Rd.
Mission, Texas 78573
Ph. (956) 534-8543

Plaintiff's brother who has knowledge regarding the facts and circumstances surrounding the happening, incident and/or occurrence made the basis of this suit.

Juan Arevalo
2114 Clavele St.
Mission, Texas 78573
Ph. (956) 391-7924

Plaintiff's brother who has knowledge regarding the facts and circumstances surrounding the happening, incident and/or occurrence made the basis of this suit.

Allstate Texas Lloyds
c/o Roerig, Oliveira & Fisher, L.L.P.
10225 N. 10th Street
McAllen, Texas 78504
Ph. (956)393-6300

Defendant who has knowledge regarding the facts and circumstances surrounding the happening, incident and/or occurrence made the basis of this suit.

Stephen Hadhazi
c/o IntegraClaim
3911 N. 10th Street
Suite N
McAllen, Texas 78501
Ph. (956) 238-4700

Plaintiff's retained Public Adjuster who has knowledge regarding the facts and circumstances surrounding the happening, incident and/or occurrence made the basis of this suit.

Tom Irmiter
Ryan Nierengarten
Shawn Peatrowsky
Forensic Building Science,Inc.
595 Selby Avenue
St. Paul, MN 55102
Ph. (651) 222-6509

Plaintiff's retained expert, who has knowledge regarding the facts and circumstances surrounding the happening, incident and/or occurrence made the basis of this suit.

George E. Garcia
Allstate Texas Lloyds
c/o Roerig, Oliveira & Fisher, L.L.P.
10225 N. 10th Street
McAllen, Texas 78504
Ph. (956)393-6300

George E. Garcia, insurance agent, who may have knowledge regarding the facts and circumstances surrounding the happening, incident and/or occurrence made the basis of this suit.

Janine Peden
Allstate Texas Lloyds
c/o Roerig, Oliveira & Fisher, L.L.P.
10225 N. 10th Street
McAllen, Texas 78504
Ph. (956)393-6300

Janine Peden, claims handling representative for Allstate Texas Lloyds, who has knowledge regarding the facts and circumstances surrounding the happening, incident and/or occurrence made the basis of this suit.

Lindsay Capmany
National Catastrophe Team
Allstate Texas Lloyds
c/o Roerig, Oliveira & Fisher, L.L.P.
10225 N. 10th Street
McAllen, Texas 78504
Ph. (956)393-6300

Lindsay Capmany, claim adjuster for Allstate Texas Lloyds, who has knowledge regarding the facts and circumstances surrounding the happening, incident and/or occurrence made the basis of this suit.

**(B)** **A copy of, or a description by category and location of, all documents, data compilations, and tangible things in the possession, custody, or control of the party that are relevant to disputed facts alleged with particularity in the pleadings:**

**ANSWER:**

Please see documents bates numbered 000157-000171 (Olivarez, Veronica) which are being produced and documents previously produced bates numbered 000001-000156 (Olivarez, Veronica).

**(C)** **A computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered:**

**ANSWER:**

Plaintiff is entitled to the actual damages resulting from the Defendants' violations of the law.  These damages include the consequential damages to economic welfare from the wrongful denial and delay of benefits; the mental anguish and physical suffering resulting from this wrongful denial of benefits, and continued economic impact on the Plaintiff; and the other actual damages permitted by law.  In addition, Plaintiff is entitled to exemplary damages.

As a result of Defendants' acts and/or omissions, Plaintiff has sustained damages in excess of the minimum jurisdictional limits of this Court.

Plaintiff is entitled under law to the recovery of statutory and prejudgment interest at the maximum legal rate.

Defendants' knowing violations of the DTPA entitle the Plaintiff to attorneys' fees, treble damages, and other penalties provided by law.

Plaintiff is also entitled to the recovery of attorneys' fees pursuant to Tex. Civ. Prac. & Rem. Code §38.001, the Texas Insurance Code 542.060(a)-(b), the Tex. Bus & Commerce Code §17.50 and Tex. Civ. Prac. & Rem. Code §37.009.

**(D)For inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment that be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.**

**ANSWER:**

Not applicable.